UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS ALEXANDER ZAMORA MOLINA, | CASE NO. C26-1078-KKE |
| Petitioner(s), | AMENDED SCHEDULING ORDER |
| v. | |
| WARDEN, NORTHWEST ICE PROCESSING CENTER, | |
| Respondent(s). | |

Petitioner filed a petition for writ of habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 1, 4. Because Petitioner is representing himself and filing and receiving materials by mail, the Court AMENDS the scheduling order in the following respects to allow him sufficient time to file a reply and receive notice:

1. Petitioner's reply deadline of April 20, 2026, is EXTENDED to May 4, 2026. The Government shall note its response for May 4, 2026.

2. The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer him from the Western District of Washington or to remove him from the United States. Any such notice shall be filed on the docket.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

AMENDED SCHEDULING ORDER - 1